Jawaid Parker (SPN:01465855) (7F3)

701 N. Sanjacinto

Houston, Tx. 77002

Oct 21, 2015

Hon. Abel Acosta

P.O. Box 12308

Austin Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 26 2015

Abel Acosta, Clerk

71,587-03

Re: Ex Parte Jawaid Parker   WR-71,587-03 [Cause No. 435056-A]

Dear Hon. Abel Acosta:

In the above titled and numbered cause, the trial court adopted "States Proposed Findings of Fact, Conclusion of Law" on Sep 09, 2015; only four (4) days after the state filed the document and eight (8) days before it was even served upon me.

I would like to know if the court recieved among the papers "Applicants objection to State's Original Answer and to Courts Adoption of State's Proposed Finding of Fact, Conclusions of Law and Order". I want the court to consider my arguments before it reaches a decision.

Thank you for your time and attention to this matter.

Sincerely,

Jawaid Parker, Pro Se

JAWAID PARKER (SPN: 01465855) (7F3)

701 N. SAN JACINTO

HOUSTON, TX. 77002

OCT 21, 2015

HON. ABEL ACOSTA

P.O. BOX 12308

AUSTIN TX. 78711

REF: CASE NO. 01-15-00607-CR   IN RE JAWAID A. PARKER.

DEAR HON. ABEL ACOSTA:

ON AUGUST 28, 2015, I FILED A NOTICE OF APPEAL WITH THE FIRST DISTRICT COURT OF APPEALS FOR DENYING MY WRIT OF MANDAMUS IN WHICH I SOUGHT TO SECURE MY CONSTITUTIONAL RIGHTS TO PROCEED PRO SE; TO SPEEDY TRIAL; TO HAVE ACCESS TO THE COURT; TO DISCOVER EVIDENCE AGAINST ME; AND TO OTHER DUE PROCESS OF LAW IN THE 182 DISTRICT COURT OF HARRIS COUNTY WHERE A CASE HAD BEEN PENDING AGAINST ME WHILE I LANGUISHED IN JAIL, FOR 14 MONTHS

IN A LETTER DATED SEP. 1, 2015 HON. CHRISTOPHER PRINE, CLERK OF THE COURT ADVISED ME THAT MY APPEAL WAS BEING FORWARDED TO THE COURT OF CRIMINAL APPEALS PURSUANT TO RULE 68.3. SINCE THEN I HAVE NEVER RECIEVED ANY ACKNOWLEDGEMENTS.

KINDLY CHECK INTO THIS MATTER AND ADVISE ME IF I MUST FILE A BRIEF OR ANY OTHER DOCUMENT WITH THE COURT.

THANKING YOU I REMAIN,

JAWAID PARKER, PRO SE